1/07/11 11:34AM

B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**DBSI Sheridan LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**27-1643852** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1501 5 Ave, Suite 100**<br>**San Diego, CA**<br>ZIP Code **92101-3251** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**San Diego** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **7261 - 7369 Sheridan Street**<br>**Hollywood, FL 33024-2774** |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>■ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts,   ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as    business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**DBSI Sheridan LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)       (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>         _____<br>         (Name of landlord that obtained judgment)<br><br><br>         _____<br>         (Address of landlord)<br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

1/06/11 5 37PM

B1 (Official Form 1)(4/10)
Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **DBSI Sheridan LLC** |

Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

X ~~*Thomas M. Messana signature*~~
Signature of Attorney for Debtor(s)

**Thomas M. Messana 991422**
Printed Name of Attorney for Debtor(s)

**Messana Stern, P.A.**
Firm Name

**401 East Las Olas Blvd.**
**Suite 1400**
**Fort Lauderdale, FL 33301**

_____
Address

Email: tmessana@mws-law.com
**954-712-7400  Fax: 954-712-7401**
Telephone Number

_____
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ~~*Todd Mikles signature*~~
Signature of Authorized Individual

**Todd Mikles**
Printed Name of Authorized Individual

**Authorized Officer**
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110, 18 U.S.C. §156*

1/07/11  1:01PM

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    __DBSI Sheridan LLC__                               Case No. _____

                                          Debtor(s)                  Chapter     __11__ _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

       Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) <br><br> *Name of creditor and complete mailing address including zip code* | (2) <br><br> *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) <br><br> *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) <br><br> *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) <br><br> *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Afco Insurance <br> 4501 College Boulevard <br> Suite 320 <br> Leawood, KS 66211 | Afco Insurance <br> 4501 College Boulevard, Suite 320 <br> Leawood, KS 66211 | Flood Insurance | | 8,955.09 |
| All American Roofing <br> 944 W. Prospect Rd. <br> Fort Lauderdale, FL 33309 | All American Roofing <br> 944 W. Prospect Rd. <br> Fort Lauderdale, FL 33309 | 7369 Roof Repair | Contingent | 5,992.00 |
| Allied Demolition, Inc. <br> 8195 NW 54th St. <br> Miami, FL 33133 | Allied Demolition, Inc. <br> 8195 NW 54th St. <br> Miami, FL 33133 | 7261 Demo Existing Tenant Improvements 2nd Floor | Contingent | 30,000.00 |
| DC Carpet <br> 6127 Stirling Road <br> Fort Lauderdale, FL 33314 | DC Carpet <br> 6127 Stirling Road <br> Fort Lauderdale, FL 33314 | Youth Co-Op | | 6,275.00 |
| DC Carpet SFI, Inc. <br> 6127 Stirling Road <br> Fort Lauderdale, FL 33314 | DC Carpet SFI, Inc. <br> 6127 Stirling Road <br> Fort Lauderdale, FL 33314 | Carpet in Sheriff's Office Per Lease | Contingent | 15,084.00 |
| Florida Department of Revenue <br> 5050 W. Tennessee St. <br> Tallahassee, FL 32399 | Florida Department of Revenue <br> 5050 W. Tennessee St. <br> Tallahassee, FL 32399 | Sales Tax | | 5,000.00 |
| Florida Power and Light <br> P.O. Box 025576 <br> Miami, FL 33102 | Florida Power and Light <br> P.O. Box 025576 <br> Miami, FL 33102 | Electricity | | 10,000.00 |
| Jantrex <br> 1830 SW 2nd Street <br> Pompano Beach, FL 33069 | Jantrex <br> 1830 SW 2nd Street <br> Pompano Beach, FL 33069 | 7369 Janitorial | | 2,777.45 |
| Kiehr Harrison Harvey Branzburg <br> 1835 Market Street <br> Philadelphia, PA 19103 | Kiehr Harrison Harvey Branzburg <br> 1835 Market Street <br> Philadelphia, PA 19103 | Attorney Fees: DBSI BK | | 15,894.06 |
| Marc Wiener <br> 33 SE 4th Street <br> Boca Raton, FL 33432 | Marc Wiener <br> 33 SE 4th Street <br> Boca Raton, FL 33432 | Architectural Youth Co-Op | | 8,533.00 |

1/07/11 1:01PM

B4 (Official Form 4) (12/07) - Cont.
In re  **DBSI Sheridan LLC**                                                    Case No. _____
_____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Marion's Painting Services, Inc.**<br>6887 NW 29th Street<br>Fort Lauderdale, FL 33313 | **Marion's Painting Services, Inc.**<br>6887 NW 29th Street<br>Fort Lauderdale, FL 33313 | **7369 & 7261**<br>**Building Exterior** | **Contingent** | 44,800.00 |
| **Marion's Painting Services, Inc.**<br>6887 NW 29th Street<br>Fort Lauderdale, FL 33313 | **Marion's Painting Services, Inc.**<br>6887 NW 29th Street<br>Fort Lauderdale, FL 33313 | **Paint Broward**<br>**Sheriff Interior** | **Contingent** | 4,800.00 |
| **Property Tax Adjusters**<br>4770 Biscayne Boulevard<br>Suite 1100<br>Miami, FL 33137 | **Property Tax Adjusters**<br>4770 Biscayne Boulevard<br>Suite 1100<br>Miami, FL 33137 | **7369 Tax**<br>**Reduction** | | 3,500.00 |
| **Property Tax Adjusters**<br>4770 Biscayne Boulevard,<br>Suite 1100<br>Miami, FL 33137 | **Property Tax Adjusters**<br>4770 Biscayne Boulevard, Suite 1100<br>Miami, FL 33137 | **7261 Tax**<br>**Reduction** | | 6,412.07 |
| **Seaview Windows**<br>3301 NW 22nd Terrace<br>Suite 700 F<br>Pompano Beach, FL 33069 | **Seaview Windows**<br>3301 NW 22nd Terrace<br>Suite 700 F<br>Pompano Beach, FL 33069 | **Install Impact**<br>**Windows Per Code** | **Contingent** | 494,115.00 |
| **Severe RPMS, LLC**<br>174 NW 98th Street<br>Miami, FL 33162 | **Severe RPMS, LLC**<br>174 NW 98th Street<br>Miami, FL 33162 | **7261 Repair of**<br>**West Balcony Only** | **Contingent** | 60,000.00 |
| **Sovereign Capital Advisors, LLC**<br>1501 5th Avenue, suite 100<br>San Diego, CA 92101 | **Sovereign Capital Advisors, LLC**<br>1501 5th Avenue, suite 100<br>San Diego, CA 92101 | **Management Fees** | | 6,500.00 |
| **Thyssen Krupp**<br>2801 SW 15th Street<br>Pompano Beach, FL 33069 | **Thyssen Krupp**<br>2801 SW 15th Street<br>Pompano Beach, FL 33069 | **7369 Upgrade**<br>**Elevator Doors Per**<br>**Code** | **Contingent** | 5,296.00 |
| **Thyssen Krupp**<br>P.O. Box 933010<br>Atlanta, GA 31193 | **Thyssen Krupp**<br>P.O. Box 933010<br>Atlanta, GA 31193 | **Elevator**<br>**Maintenance** | | 2,740.00 |
| **Vasile Elevator**<br>2120 Fletcher Street, Bay #6<br>Hollywood, FL 33020 | **Vasile Elevator**<br>2120 Fletcher Street, Bay #6<br>Hollywood, FL 33020 | **7261 Replacement**<br>**of Damaged**<br>**Elevator Cabs** | **Contingent** | 5,990.00 |

1/07/11 1 01PM

B4 (Official Form 4) (12/07) - Cont.
In re    **DBSI Sheridan LLC**                                    Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, the Authorized Officer of the corporation named as the debtor in this case, declare under penalty of perjury that
I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date _____ _/.𝟡·/ 𝘰_____            Signature _____
                                                  **Todd Mikles**
                                                  **Authorized Officer**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                   18 U.S.C. §§ 152 and 3571.

AB Electric Motors and Pumps
6013 Jonson Street
Hollywood, FL 33024


Advanced Alarm
1253 Okeechobee Rd., Ste. B-1
West Palm Beach, FL 33401


Afco Insurance
4501 College Boulevard
Suite 320
Leawood, KS 66211


Airtech Air Conditioning
7805 NW 55th St
Miami, FL 33166


All American Roofing
944 W Prospect Rd
Fort Lauderdale, FL 33309


All City Lawn & Pest
398 E. Dania Beach Blvd. #435
Dania, FL 33004


Allied Barton Security Services
161 Washington Street, Suite 600
Conshohocken, PA 19428


Allied Demolition, Inc.
8195 NW 54th St.
Miami, FL 33133


American Allstate Backflow
4800 SW 64 Ave., Ste. 102
Fort Lauderdale, FL 33314


AT&T
P.O. Box 105262
Atlanta, GA 30348

Bank of America, N.A., As Trustee


Brandon R. Levitt, Esq.
Shutts & Bowen
201 South Biscayne Boulevard
1500 Miami Center
Miami, FL 33131


City of Hollywood
2600 Hollywood Boulevard
Room 130
Hollywood, FL 33020


DC Carpet
6127 Stirling Road
Fort Lauderdale, FL 33314


DC Carpet SFI, Inc.
6127 Stirling Road
Davie, FL 33314


Federal Express
Post Office Box 7221
Pasadena, CA 91109


Florida Department of Revenue
5050 W. Tennessee St.
Tallahassee, FL 32399


Florida Power and Light
P.O. Box 025576
Miami, FL 33102


Ideal Lock, Inc.
P. O. Box 771705
Pompano Beach, FL 33077


Jantrex
1830 SW 2nd Street
Pompano Beach, FL 33069

Kiehr Harrison Harvey Branzburg
1835 Market Street
Philadelphia, PA 19103


Kings III of America
751 Canyon Drive, Suite 100
Coppell, TX 75019


LA Rust
6642 NW 97th Lane
Pompano Beach, FL 33076


Marc Wiener
33 SE 4th Street
Boca Raton, FL 33432


Marlon's Painting Services, Inc.
6887 NW 29th Street
Fort Lauderdale, FL 33313


McCormick, Barstow LLP
P.O. Box 28912
Fresno, CA 93729


Mr. Handyman
2741 SW 86th  Way
Fort Lauderdale, FL 33328


Property Tax Adjusters
4770 Biscayne Boulevard
Suite 1100
Miami, FL 33137


Robmar Waterproofing
2435 SW 32nd Ave
Pompano Beach, FL 33060


Seaview Windows
3301 NW 22nd Ter.
Ste 700 F
Pompano Beach, FL 33069

Severe RPMS, LLC
174 NW 98th Street
Miami, FL 33162


Sovereign Capital Advisors, LLC
1501 5th Avenue, suite 100
San Diego, CA 92101


Spicer Enterprises
2929 E. Commercial Blvd., Ste. 302
Fort Lauderdale, FL 33308


Stanley Security
3082 N. Commerce Pkwy
Hollywood, FL 33025


Thyssen Krupp
P.O. Box 933010
Atlanta, GA 31193


Thyssen Krupp
2801 SW 15th St
Pompano Beach, FL 33069


Vasile Elevator
2120 Fletcher St Bay #6
Hollywood, FL 33020


Wachovia Bank, National Association
201 South Tryon Street, Suite 130
PMB Box #4, Loan Number 50-2759705
Charlotte, NC 28202


Wachovia Bank, National Association
Structured Products Servicing
8739 Research Drive - URF4
Charlotte, NC 28288-1075


Waste Management
P.O. Box 105453
Atlanta, GA 30348

Wells Fargo Bank, N.A.
c/o Wachovia Securities, Structured Prod
8739 Research Drive-URP4
Charlotte, NC 28288-1075


Wells Fargo Bank, N.A.
c/o Parker, Poe, Adams & Bernstein, LLP
Three Wachovia Center
401 South Tryon Street, Suite 3000
Charlotte, NC 28202-1935


Wiginton Fire Systems
699 Aero Lane
Sanford, FL 32771